UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENNETH R. PARSONS, JR. )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br>NORTH CAROLINA DEPARTMENT OF )<br>REVENUE, and THE STATE OF NORTH )<br>CAROLINA, )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 5:18-CV-452-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss for lack of subject matter jurisdiction and failure to state claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 20, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED without prejudice for lack of jurisdiction.

**This Judgment Filed and Entered on May 20, 2019, and Copies To:**
Kenneth R. Parsons, Jr. (via US mail) 4370 Ellipse Drive, Jacksonville, FL 32246
David D. Lennon (via CM/ECF Notice of Electronic Filing)

May 20, 2019                        PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk